RECEIVED
SDNY PRO SE OFFICE

2021 JAN 19 AM 8: 59

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

——————————————————————X

| | |
|---|---|
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, SERVANT: XIU JIAN SUN, THE SPIRITUAL ADAM<br>　　　　　　Plaintiffs<br>　　-against-<br>Pharisees:<br>DAVID B. COHEN, DAVID FRIEDMAN, JUDITH J. GISCHE, BARBARA R. KAPNICK, TROY K. WEBBER, ELLEN GESMER, SUSANNA MOLINA ROJAS, MARCY L. KAHN, CYNTHIA S. KERN, DONNA M. MILLS, ROSALYN H. RICHTER, PETER TOM, JEFFREY K. OING, PETER H. MOULTON, JOAN MADDEN, LIZBETH GONZÁLEZ, MARTIN SHULMAN, NANCY M. BANNON, BARBARA JAFFE,<br>　　　　　　Defendants | Civil Action No.<br><br>Apply for jury<br>to prevent insult<br>and unfair behavior |

——————————————————————X

## COMPLAINT

TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

　　The complaint of the plaintiffs, -god's servant, Xiu Jian Sun, the spiritual Adam respectfully shows and alleges as follows.

1. At all times hereinafter mentioned, plaintiff, Xiu Jian Sun, the spiritual Adam, is a resident of the State of New York, living at 54-25 153rd S't., Flushing NY 11355.

2-1). At all times hereinafter mentioned, defendant, Pharisees: David B. Cohen,

located at 60 Centre St, New York, NY 10007, (646) 386-3600.

2-2). At all times hereinafter mentioned, defendant, Pharisees: David Friedman, located at 27 Madison Ave., New York, NY 10010, 212-340-0400.

2-3). At all times hereinafter mentioned, defendant, Pharisees: Judith J. Gische, located at 27 Madison Ave., New York, NY 10010, (212) 340-0400.

2-4). At all times hereinafter mentioned, defendant, Pharisees: Barbara R. Kapnick, located at 27 Madison Ave., New York, NY 10010, (212) 340-0400.

2-5). At all times hereinafter mentioned, defendant, Pharisees: Troy K. Webber, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-6). At all times hereinafter mentioned, defendant, Pharisees: Ellen Gesmer, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-7). At all times hereinafter mentioned, defendant, Pharisees: Susanna Molina Rojas, located at 27 Madison Ave., New York, NY 10010.

2-8). At all times hereinafter mentioned, defendant, Pharisees: Marcy L. Kahn, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-9). At all times hereinafter mentioned, defendant, Pharisees: Cynthia S. Kern, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-10). At all times hereinafter mentioned, defendant, Pharisees: Donna M. Mills, located at 851 Grand Concourse, Bronx, NY 10451, (718) 618-1200.

2-11). At all times hereinafter mentioned, defendant, Pharisees: Peter Tom, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-12). At all times hereinafter mentioned, defendant, Pharisees: Jeffrey K. Oing, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400.

2-13). At all times hereinafter mentioned, defendant, Pharisees: Peter H. Moulton, located at 27 Madison Ave., New York, NY 10010, (212) 340-0400.

2-14). At all times hereinafter mentioned, defendant, Pharisees: Rosalyn H. Richter, located at 27 Madison Avenue, New York, NY 10010, (212) 340-0400, & 250 West 55th Street, New York, NY 10019-9710, 212.836.8210, rosalyn.richter@arnoldporter.com.

2-15). At all times hereinafter mentioned, defendant, Pharisees: Joan Madden, located at 60 Centre St, New York, NY 10007, (646) 386-3600.

2-16). At all times hereinafter mentioned, defendant, Pharisees: Lizbeth González, located at 27 Madison Ave., New York, NY 10010, 212-340-0400.

2-17). At all times hereinafter mentioned, defendant, Pharisees: Martin Shulman, located at 27 Madison Ave., New York, NY 10010, 212-340-0400.

2-18). At all times hereinafter mentioned, defendant, Pharisees: Nancy M. Bannon, located at 60 Centre St, New York, NY 10007, (646) 386-3600.

2-19). At all times hereinafter mentioned, defendant, Pharisees: Barbara Jaffe, located at 60 Centre St, New York, NY 10007, Phone: (646) 386-3600.

3. To fulfill Jehovah, - the Lord god of Hosts, god sent the messenger said: " **Pharisees don't even open the door**".

4. Jehovah, -the Lord god of host gives the words to servant (Plaintiff) in the temple he made, "**Trial with god's law. Apply for jury to prevent insult and unfair behavior.**"

5.
83. And thus ye shall do in all cases which shall come before you.

84. And if a man or woman shall rob, he or she shall be delivered up unto the law of the land.

85. And if he or she shall steal, he or she shall be delivered up unto the law of the land.

86. And if he or she shall lie, he or she shall be delivered up unto the law of the land.

87. And if he or she do any manner of iniquity, he or she shall be delivered up unto the law, even that of God.

88. And if thy brother or sister offend thee, thou shalt take him or her between him or her and thee alone; and if he or she confess thou shalt be reconciled.

89. And if he or she confess not thou shalt deliver him or her up unto the church, not to the members, but to the elders. And it shall be done in a meeting, and that not before the world.

90. And if thy brother or sister offend many, he or she shall be chastened before many.

6.
91. And if any one offend openly, he or she shall be rebuked openly, that he or she may be ashamed. And if he or she confess not, he or she shall be delivered up unto the law of God.

92. If any shall offend in secret, he or she shall be rebuked in secret, that he or she may have opportunity to confess in secret to him or her whom he or she has offended, and to God, that the church may not speak reproachfully of him or her.

93. And thus shall ye conduct in all things.

7.  I (servant) would like to request a Mandarin Chinese court interpreter for my court day.

Dated: Queens, New York
       January 12, 2021

> The Church of Jesus Christ of Latter-day saints
>
> Servant: Xiu Jian Sun, the spiritual Adam
> Xiu Jian Sun, the spiritual Adam
> 54-25 153rd St.,
> Flushing, NY 11355
> 646-675-0308
> Plaintiffs

Important documents

The Church of Jesus Christ of Latter-day saints
Servant: Xiu Jian Sun, the spiritual Adam
54-25 153rd St.,
Flushing, NY 11355





U.S. POSTAGE PAID
PM 1-Day
FRESH MEADOWS, NY
11365
JAN 13, 21
AMOUNT
**$14.65**
R2304W121269-07

1020    10007

To: Clerk's Office
U. S. District Court for the
Southern District of New York
500 Pearl St.,
New York, NY 10007



PRIORITY MAIL
UNITED STATES POSTAL SERVICE TM
LABEL 107R, OCT 1997    www.usps.gov



RECEIVED
JAN 14 2021
CLERK'S OFFICE
S.D.N.Y.




CERTIFIED MAIL

7019 1640 0001 5599 2287