UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIU JIAN SUN, The Church of Jesus Christ of Latter-Day Saints, Servant, The Spiritual Adam,<br><br>                         Plaintiff,<br><br>          -against-<br><br>DAVID B. COHEN, ET AL.,<br><br>                       Defendants. | 21-CV-0469 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 20, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the August 21, 2018 order

in *Sun v. Newman*, No. 18-CV-4010 (VSB) (S.D.N.Y. Aug. 21, 2018), the complaint is dismissed

without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    January 20, 2021
            New York, New York

_____
          COLLEEN McMAHON
       Chief United States District Judge